UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gilbert Charles Desjardins

    v.

Norman Lasda, President,
Barnstormers, et al.

Case No. 22-cv-155-SE

ORDER

After due consideration of the objection filed (doc. No. 4), I herewith approve the Report and Recommendation (doc. No. 3) of Magistrate Judge Andrea K. Johnstone dated July 8, 2022. For the reasons explained therein, the complaint (doc. No. 1) is dismissed for failure to state a claim.

The clerk shall enter judgment and close this case.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 2, 2022

cc: Gilbert Charles Desjardins, pro se